THERESA WANNAMAKER, as Administratrix, etc., Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

(Argued December 19, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon

an order made January 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*C. D. Kiehel* for appellant.

*John Van Voorhis* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____